UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------x
ADAM STOLTZ, on behalf of himself and : Case No. 14-CV-5546
others similarly situated, :
               Plaintiff, :
: **STIPULATION OF**
: **VOLUNTARY DISMISSAL**
          - against - :
:
CONAGRA FOODS, INC., :
              Defendant, :
------------------------------------------------------------x

      IT IS HEREBY STIPULATED AND AGREED, by and between the Parties, acting by means of their respective counsel, that the above captioned action by Plaintiff Adam Stoltz is voluntarily dismissed, without prejudice against Defendant, CONAGRA FOODS, INC., pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

| For the Defendant: | For the Plaintiff: |
|---|---|
| By: _/s/ Marshall Beil_ | By: _/s/ C.K. Lee_ |
| Marshall Beil, Esq. | C.K. Lee, Esq. |
| McGuireWoods LLP | Lee Litigation Group, PLLC |
| 1345 Avenue of the Americas, 7th Floor | 30 East 39th Street, 2nd Floor |
| New York, NY 10105 | New York, New York 10016 |
| Telephone: (212) 548 7004 | Telephone: (212) 465-1180 |
| Fax: (212) 715 2319 | Fax: (212) 465-1181 |
| mbeil@mcguirewoods.com | cklee@leelitigation.com |
| Date: 2/6/15 | Date: Feb 6, 2015 |

SO ORDERED

_____      _____
U.S.D.J.                                          Dated